UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| CALEB ALLEN, | ) | Civil Action Number: 5:20-cv-00943-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING MOTION** |
| v. | ) | **FOR REMAND** |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

AND NOW, this 6th day of November, 2020, upon consideration of the Defendant's Motion to Remand, ECF No. 17, and any response thereto, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g), including an opportunity for a hearing and a new decision.

IT IS SO ORDERED.

November 6, 2020
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge