UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| CALEB ALLEN, | ) | Civil Action No. 5:20-cv-00943-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the court on the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), ECF No. 21, advising of their agreement to stipulate to an award of $6,300.00 in attorney fees to Plaintiff. Plaintiff has also provided a Petition for EAJA Fees, ECF No. 20, in which counsel provided itemization of the fees sought.[1] The court finds the stipulated amount of fees to be reasonable and in accordance with applicable law. Pursuant to the parties' stipulation, Plaintiff's Petition for Attorney's Fees Pursuant to EAJA, ECF No. 20, is *granted* to the extent it comports with this Order and the parties' Stipulation.

The parties have stipulated that Plaintiff Caleb Allen should be awarded attorney fees under the EAJA in the amount of Six Thousand Three Hundred Dollars ($6,300.00). These attorney fees will be paid directly to Plaintiff, Caleb Allen, and sent to the business address of Plaintiff's counsel, Timothy Allen Clardy, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing

---

[1] In Plaintiff's Petition for Fees, counsel indicated 31.55 hours were spent representing Plaintiff before the court. ECF No. 20-1.

debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

An award of $6,300.00 in attorney fees pursuant to the EAJA is granted in accordance with this Order.

IT IS SO ORDERED.

January 27, 2021  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge